UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**COREY PERKINS**                                                                                           **PLAINTIFF**

v.                              CASE NO. 2:11cv00035 BSM/JJV

**MOSES JACKSON, III, Captain,**
East Arkansas Regional Unit, Arkansas
**Department of Correction**                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the memorandum and order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and hereby is DISMISSED without prejudice for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 12th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE